IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**DARRELL L. LEATH,**
    **Plaintiff,**

vs.                    **CASE NO.: 3:06cv416/MCR/MD**

**RHONDA WELLS,**
    **Defendant.**
    _____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 6, 2006. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the report and recommendation and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.    This case is TRANSFERRED to the United States District Court for the Middle District of Florida for further proceedings on plaintiff's complaint, including consideration of what actions, if any, should be taken concerning plaintiff's allegations of child sexual abuse.

3.    The Clerk is directed to mail a copy of this order to the Department of Children and Families at the following address: Department of Children and Families, District 4 Office, 5920 Arlington Expressway, Jacksonville, Florida 32231-

0083. The court makes no finding concerning the credibility of plaintiff's child sexual abuse allegation or the appropriateness of an investigation.

    4.    The clerk is directed to close the file.

**DONE AND ORDERED** this 7th day of November, 2006.

    *s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**